# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 389 EAL 2023

     Respondent    :

     :    Petition for Allowance of Appeal
     :    from the Order of the Superior Court

     v.    :

VICTOR RODRIGUEZ-GONZALEZ,    :

     Petitioner    :

COMMONWEALTH OF PENNSYLVANIA,    :    No. 390 EAL 2023

     Respondent    :

     :    Petition for Allowance of Appeal
     :    from the Order of the Superior Court

     v.    :

VICTOR RODRIGUEZ-GONZALEZ,    :

     Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.